Circuit Court for Prince George's County
Case No. CAE-1700239
Argued: November 6, 2017

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 75
September Term, 2016

ATTORNEY GRIEVANCE COMMISSION

OF MARYLAND

v.

MARIATU KARGBO

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.

PER CURIAM ORDER

Filed: November 7, 2017

| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | **In the** |
| | * | **Court of Appeals** |
| v. | * | **of Maryland** |
| MARIATU KARGBO | * | **Misc. Docket AG No. 75** |
| | | **September Term, 2016** |

**PER CURIAM ORDER**

The Court having considered the Petition for Disciplinary or Remedial Action filed in the above entitled matter in accordance with Md. Rule 19-721, the Findings of Fact and Conclusions of Law of the Evidentiary hearing in the Circuit Court for Prince George's County before Judge Dorothy M. Engel, the Recommendation for Placement on Inactive Status filed by Bar Counsel and the oral arguments of Bar Counsel and Respondent, it is this <u>7th</u> day of <u>November</u>, 2017

ORDERED, by the Court of Appeals of Maryland, that the Respondent be, and is hereby, placed on inactive status, effective immediately, pending further Order of this Court; and it is further

ORDERED that the Clerk of this Court shall remove the name of Mariatu Kargbo from the register of attorneys in this Court and shall certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in the State in accordance with Md. Rule 19-761(b).

/s/ Mary Ellen Barbera
Chief Judge